JONES, receiver, *v.* LAWRENCE.

COBB, J.   1. The evidence, though conflicting, warranted the verdict.
2. This court will not pass upon questions made in the record but not argued or insisted upon here by brief or otherwise.

*Judgment affirmed.   All the Justices concurring.*

Submitted June 28, — Decided August 5, 1897.

Action for damages.   Before Judge Henry.   Walker superior court.   August term, 1896.

*Copeland & Jackson* and *Harrison & Bryan*, for plaintiff in error.

---

JONES, receiver, *v.* HILL.   JONES, receiver, *v.* BURNES.

LUMPKIN, P. J.   A judgment overruling a motion for a new trial based on the general grounds only will not, when the evidence, though conflicting, is sufficient to warrant the verdict, be reversed by the Supreme Court.

*Judgment in each case affirmed.   All the Justices concurring.*

Submitted June 28, — Decided August 5, 1897.

Actions for damages.   Before Judge Henry.   Walker superior court.   August term, 1896.

*Copeland & Jackson* and *Harrison & Bryan*, for plaintiff in error,

---

WORTHAM *v.* SIMS *et al.*

COBB, J.   This case falls within the well-settled rule that a first grant of a new trial will not be disturbed, no abuse of discretion appearing.

*Judgment affirmed.   All the Justices concurring.*

Submitted June 28, — Decided August 5, 1897.

Complaint.   Before Judge Freeman.   City court of Newnan.   August 31, 1896.

*Orlando McClendon* and *W. L. Stallings*, for plaintiff in error. *W. A. Turner*, contra.